**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT


| | |
|---|---|
| ALINE L. MILLER, an individual, | No.    14-36001 |
| Plaintiff-Appellee, | D.C. No. 6:14-cv-00785-TC |
| v. | |
| FORD MOTOR COMPANY, a Delaware corporation, | ORDER[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Oregon
Thomas M. Coffin, Magistrate Judge, Presiding

Argued and Submitted May 11, 2017
Portland, Oregon

Before:  BYBEE and HURWITZ, Circuit Judges, and ZOUHARY,[**] District Judge.

In May 2017, following oral argument, we certified a question of state law to

the Oregon Supreme Court.  The Oregon Supreme Court accepted the certified

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The Honorable Jack Zouhary, United States District Judge for the Northern District of Ohio, sitting by designation.

question and interpreted Or. Rev. Stat. § 30.905(2) to provide that when an Oregon product liability action involves a product manufactured in a state with no statute of repose for an equivalent civil action, then the Oregon action likewise is not subject to a statute of repose. *Miller v. Ford Motor Co.*, 363 Or. 105 (2018).

Accordingly, the district court order is AFFIRMED. We decline to address the appellant's dormant Commerce Clause argument, and instead REMAND this matter to the district court for consideration in the first instance of that and any other arguments, as appropriate.

IT IS SO ORDERED.